IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-20-33 |
| | * | CRIMINAL NO. TDC-21-205 |
| BRIAN MARK LEMLEY, JR., and | * | CRIMINAL NO. TDC-21-206 |
| PATRIK JORDAN MATHEWS, | * | |
| | * | |
| Defendants | * | |
| | * | |

********

## PROPOSED ORDER

The Court is in receipt of the Government's Motion for Leave to File Reply Sentencing Memo. The Court grants the motion.

_____
THEODORE D. CHUANG
United States District Judge